JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER PHILLIPS,<br><br>   Plaintiff,<br><br> v.<br><br>INDYMAC BANCORP, INC., MICHAEL W. PERRY; LOUIS E. CALDERA; LYLE E. GRANLEY; HUGH M. GRANT; PATRICK C. HADEN; TERRANCE G. HODEL; ROBERT L. HUNT II; LYDIA H. KENNARD; BRUCE G. WILLISON; SCOTT KEY; INDYMAC BANK, F.S.B. EMPLOYEE BENEFITS FIDUCIARY COMMITTEE,<br><br>   Defendants. | Case No. CV 08-04744 DDP (VBKx)<br><br>**ORDER OF DISMISSAL** |

  THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

  The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 22, 2011

                _____
                 DEAN D. PREGERSON
                 United States District Judge